1  PHILLIP A. TALBERT
   United States Attorney
2  AARON D. PENNEKAMP
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

|  |  |
|---|---|
| **FILED** | |
| **Oct 20, 2022** | |
| CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | |

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,

12                          Plaintiff,            CASE NO.  2:22-MJ-0147 JDP

13          v.                                    [PROPOSED] ORDER GRANTING MOTION TO
                                                  FILE REDACTED COPY OF COMPLAINT
14  JOSE LUIS AISPURO-QUINONEZ, et al.,

15                          Defendants.

16

17

18                          **~~PROPOSED~~ ORDER**

19          For the reasons stated in the government's motion, and for good cause shown, the government's

20  motion to:  (1) unseal the above-referenced case; (2) keep the complaint and any reference to the sixth

21  defendant sealed; and (3) file a redacted copy of the sealed complaint is GRANTED.  The Clerk of the

22  Court is directed to file the redacted copy of the sealed complaint that was provided to the Court with its

23  moving papers.

24

25   Dated:  October 20, 2022

26
                                                  _____
27                                                HON. JEREMY D. PETERSON
                                                  United States Magistrate Judge
28

[PROPOSED] ORDER TO FILE REDACTED COPY OF
COMPLAINT